UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re:<br>JESSICA MARGARET CAROLINE BUTLER,<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 23-30828-ps<br>CHAPTER 7 |
| JESSICA MARGARET CAROLINE BUTLER<br><br>Plaintiff,<br>VS.<br><br>U.S. DEPARTMENT OF EDUCATION<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | ADVERSARY CASE NO.: 23-03032-pes |

**AGREED STIPULATION AND CONSENT TO JUDGMENT**

The parties, Defendant United States Department of Education and Plaintiff Jessica Margaret Caroline Butler ("Plaintiff") hereby stipulate and agree as follows:

1. On July 10, 2023, Plaintiff commenced the above-captioned bankruptcy case by filing a petition under Chapter 7 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*.

2. On October 13, 2023, Plaintiff commenced the above-captioned adversary proceeding (the "Adversary Proceeding") against the U.S. Department of Education, seeking to discharge, pursuant to 11 U.S.C. § 523(a)(8), all federal student loan debt held by the U.S. Department of Education (the "Student Loan Debt").

3. Plaintiff, pursuant to the November 17, 2022, Guidance for Department Attorneys Regarding Student Loan Bankruptcy Litigation, submitted to the U.S.

Department of Education an Attestation in Support of Request for Stipulation Conceding Dischargeability of Student Loans (the "Attestation").

4. After reviewing the Attestation, the U.S. Department of Education agrees that the Court should discharge, pursuant to 11 U.S.C. § 523(a)(8), the Student Loan Debt. The Department's discharge applies only to the federal loans identified in Plaintiff's Complaint. This discharge does not apply to non-federal student loans, or student loans Plaintiff may take out in the future.

5. The Parties desire to amicably resolve the matters at issue in the Adversary Proceeding and, therefore, have agreed to consent to judgment.

6. The Parties agree that each party shall be responsible for their own costs and attorney's fees in resolving this matter.

WHEREFORE, the parties having resolved Plaintiff's Complaint, respectfully request that the Court enter Judgment approving the terms of the Agreed Consent to Judgment described herein.

    Respectfully submitted,

    CLIFFORD D. JOHNSON
    UNITED STATES ATTORNEY

By: */s/ Brian Irvin*
    Brian W. Irvin
    Assistant U.S. Attorney
    5400 Federal Plaza, Suite 1500
    Hammond, Indiana 46320
    Phone: (219) 937-5500
    Brian.Irvin@usdoj.gov

*/s/ Keith Gifford*
Keith Gifford
Saeed & Little, LLP
8777 Purdue Rd., suite #106
Indianapolis, Indiana 46268
Phone: (317)685-2426
keith@slbankruptcy.com

CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2024, I electronically filed the foregoing STIPULATION AND CONSENT TO JUDGEMENT with the Clerk of the Court using the CM/ECF system. All participants in the case who are registered CM/ECF users received service by the CM/ECF system.

*/s/ Brian W. Irvin*
Brian W. Irvin

OFFICE OF:

United States Attorney
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel: (219) 937-5500
Fax: (219) 852-2770